IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RUSSELL STODDARD,

    Appellant,

v.

F. McGUIRE ET AL,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2910

_____/

Opinion filed June 3, 2015.

An appeal from the Circuit Court for Wakulla County.
Charles W. Dodson, Judge.

Russell Stoddard, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.